# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **OSCAR SCHNAUFFER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VERADIGM, INC.**,<br><br>Defendant. | CASE NO. 1:25-cv-12270 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff Oscar Schnauffer voluntarily dismisses the above-captioned matter without prejudice.

Respectfully submitted,

*/s/ Jason S. Rathod*
Jason S. Rathod
MIGLIACCIO & RATHOD LLP
412 H St NE
Washington DC 20002
Telephone: (202) 470-3520
jrathod@classlawdc.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 15th day of October 2025. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

                                        */s/ Jason S. Rathod*
                                        Attorney for Plaintiff